IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ARLEEN KRIPPENE,**

**Plaintiff,**

vs.                                                            No. CIV-12-784 SMV/WDS

**JOHNNY VALDEZ, FELIX SAAVEDRA**
**HARRY HALL, BILL MARION, TONY MACE**
**RON MORLANG, and YOLANDA SEDILLO,**

**Defendants**

### ORDER GRANTING MOTION TO COMPEL INITIAL DISCLOSURES

This matter is before the Court on Defendants' Motion to Compel Initial Disclosures. (Doc. No. 15) Plaintiff has not filed opposition to the motion, and the time in which to do so has expired, therefore the motion is deemed unopposed.

IT IS THEREFORE ORDERED that Plaintiff is ordered to provide Defendants with her Initial Disclosures within ten days of the date of this order.

_____
W. Daniel Schneider
United States Magistrate Judge