IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARLEEN KRIPPENE,

    Plaintiff,

vs.                          No. CIV-12-784 SMV/WDS

JOHNNY VALDEZ, FELIX SAAVEDRA
HARRY HALL, BILL MARION, TONY MACE
RON MORLANG, and YOLANDA SEDILLO,

    Defendants

## ORDER VACATING SETTLEMENT CONFERENCE

PLEASE BE ADVISED that the **SETTLEMENT CONFERENCE** set for **June 3, 2013** is vacated. On or about April 16, 2013 the parties should be notified that a new Magistrate Judge has been assigned to this case. At that time the parties should contact the new Magistrate Judge in order to reschedule the settlement conference.

    IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge