IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARLEEN KRIPPENE,

    Plaintiff,

v.   No. 12-cv-0784 SMV/WDS

JOHNNY VALDEZ, FELIX SAAVEDRA,
HARRY HALL, BILL MARION,
TONY MACE, RON MORLANG, and
YOLANDA SEDILLO,

    Defendants.

### ORDER RESETTING PRETRIAL MOTIONS HEARING

THIS MATTER is before the Court sua sponte.  Considering the extensions of time to briefing on the pending dispositive motions, [Docs. 44, 48, 50, 51], the **Pretrial Motions Hearing** currently set for September 6, 2013, is vacated and reset for **September 12, 2013, at 9:30 a.m.**, in the Gila Courtroom, on the fifth floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.  The parties need not be present.  All pending pretrial motions, including motions in limine, will be heard throughout the course of the day; counsel shall therefore be prepared to attend for the entire day.  All other deadlines and settings remain in effect.

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**