IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARLEEN KRIPPENE,

    Plaintiff,

v.                                                  No. 12-cv-0784 SMV/CG

JOHNNY VALDEZ, FELIX SAAVEDRA,
HARRY HALL, BILL MARION,
TONY MACE, RON MORLANG,[1]
YOLANDA SEDILLO, and
BOARD OF CNTY. COMM'RS OF CIBOLA CNTY.,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

Plaintiff has accepted Defendant Board of County Commissioners of Cibola County's Offer of Judgment.  [Doc. 82].

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **March 14, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] Pursuant to a stipulation by the parties, Defendant Ron Morlang was dismissed with prejudice on August 29, 2013.  Stipulation of Dismissal of Ron Morlang with Prejudice [Doc. 57].