IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARLEEN KRIPPENE,

    Plaintiff,

vs.                              No. CIV-12-784 SMV/CG

JOHNNY VALDEZ, FELIX SAAVEDRA
HARRY HALL, BILL MARION, TONY MACE
RON MORLANG, and YOLANDA SEDILLO,
and BOARD OF COUNTY COMMISSIONERS
OF CIBOLA COUNTY

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO DISMISS DEFENDANTS JOHNNY VALDEZ, FELIX SAAVEDRA, HARRY HALL, BILL MARION, TONY MACE AND YOLANDA SEDILLO

**THIS MATTER** came before the Court upon Defendants Unopposed Motion to Dismiss Defendants Johnny Valdez, Felix Saavedra, Harry Hall, Bill Marion, Tony Mace and Yolanda Sedillo. The Court, being fully advised in the premises, **FINDS** that this cause should be dismissed as to Defendants Johnny Valdez, Felix Saavedra, Harry Hall, Bill Marion, Tony Mace and Yolanda Sedillo.

**IT IS THEREFORE ORDERED** that the above-entitled cause against Defendants Johnny Valdez, Felix Saavedra, Harry Hall, Bill Marion, Tony Mace and Yolanda Sedillo is dismissed with prejudice. The parties shall bear their own court costs and attorneys' fees.

                                            _____
                                            HONORABLE STEPHAN M. VIDMAR
                                            United States Magistrate Judge

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.


*/s/ James P. Sullivan*
James P. Sullivan
Joan M. Waters
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
*Attorneys for Defendants*


Approved as to form:


*Approved via email 02/13/14*
Glenn Smith Valdez, Esq.
1650 Camino Del Valle, SW
Albuquerque, NM  87105
(505) 877-8787
        And
Matthew Vance
1000 Second Street, NW
Albuquerque, NM 87102-2216
(505) 242-6267
*Attorneys for Plaintiff*